

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 09 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00204 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| REGINALD LAMONT HARRIS | ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, for the safety of law enforcement agents who will attempt to execute the arrest warrant and to guard against the risk of flight, the United States requests that the above-styled Indictment be sealed until the Defendant is in custody or has been released pending trial.

CODY HILAND
UNITED STATES ATTORNEY

_____
CHRIS GIVENS
AR Bar # 2009194
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2619
E-mail: Chris.Givens@usdoj.gov

## ORDER

Pursuant to the above request, the Indictment in this matter shall be sealed until the Defendant is in custody or has appeared and been released pending trial.

July 9, 2020
DATE

_____
UNITED STATE MAGISTRATE JUDGE

1