# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

V.             CASE NO. 4:20-CR-204 BSM

REGINALD LAMONT HARRIS

## ORDER

The Clerk of the Court is directed to unseal the Indictment in this case.

Dated this 26th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE