FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 26 2021

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:20CR00204 BSM |
| | ) | |
| REGINALD LAMONT HARRIS | ) | DEFENDANT |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
## CONSENT TO TELECONFERENCING OF ARRAIGNMENT

I, the Defendant named above, have been advised that Federal Rule Criminal Procedure 10 provides that I have the right to be present, in-person, in open court at my arraignment on the Indictment or Information filed in this case. I have also been advised that Rule 10 also provides for an arraignment to take place by video teleconferencing if I consent. Further, I hereby affirm that I have received a copy of the Indictment or Information in this case.

_____ I consent to waive (give up) my right to be present at my arraignment in open court, knowing that my plea will be entered in my absence, and I hereby plead NOT GUILTY TO THE CHARGE(S) AGAINST ME.

_____ I consent to have my arraignment conducted by video teleconference in this case.

_____     _____
SIGNATURE OF DEFENDANT                      SIGNATURE OF DEFENSE COUNSEL

_____     _____
DATE                                                            DATE

Under the circumstances set forth above:

_____ The Court hereby accepts as voluntary the waiver of the defendant to his personal appearance in open court for his arraignment in order to enter his plea of NOT GUILTY.

_____ The Court hereby accepts as voluntary the consent of the defendant to the video teleconferencing of his arraignment.

_____
UNITED STATES MAGISTRATE JUDGE

_____
DATE January 26, 2021