MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): 10 min
ARRAIGNMENT, Length of Hearing (minutes): 10 min

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.   Case No.: 4:20CR00204-01 BSM

Reginald Lamont Harris

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 26 2021
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 1/26/2021
Continued Until: _____
Reason for continuance _____

Deft is ✓ is not ____ in custody
____ Deft did not appear
____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Chris Givens**
Defense Counsel: FPD - Sonia Fonticiella   to be (Appointed / Retained)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty ✓
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____
Guilty _____
Nolo Contendere _____

✓ Demands Trial by Jury

____ Waives Jury Trial
Deft agrees _____
Govt agrees _____

### BAIL

Bail Set at: _____ By: _____ Date: _____

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **2 days**
Estimated Trial Date: **3/1/2021 @ 9:30 a.m., before the Honorable Judge Brian S. Miller in Room 2D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: 1/26/2021            SO ORDERED: _____
                            U. S. MAGISTRATE JUDGE