# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION




FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 26 2021

JAMES W. McCORMACK, CLERK
By: _____
D.P CLERK

UNITED STATES OF AMERICA

vs.  No. 4:20-CR-204 BSM

REGINALD LAMONT HARRIS

## ORDER

The United States is reminded of its obligation to turn over to the defense all exculpatory evidence, that is, evidence that favors the Defendant or which casts doubt on the government's case. *See Brady v. Maryland*, 373 U.S. 83 (1963).

If the government fails to produce exculpatory evidence in a timely manner, the Court may: (1) exclude certain evidence; (2) give an adverse jury instruction; (3) dismiss charges; (4) hold government lawyers in contempt; or (5) impose other appropriate sanctions.

Dated this 26th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

1