(Post. 4/4/12)

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

V.

Reginald Lamont Harris

Case No.:    4:20CR00204-01 BSM

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | ☒ CRIMINAL |

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 W Capitol Avenue<br>Little Rock, AR 72201 | 2D |
| | DATE AND TIME |
| | 3/1/2021 at 9:30 a.m. |

TYPE OF PROCEEDING

**JURY TRIAL before the Honorable Brian S. Miller, U.S. District Judge.**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

F. Dunn
(BY) DEPUTY CLERK