**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| v. | Case No.: 4:20–cr–00204–BSM |
| **Reginald Lamont Harris** | **Defendant** |

## NOTICE OF VIDEO HEARING

PLEASE take notice that a Detention Hearing has been set by videoconference in this case for January 28, 2021, at 02:00 PM before Magistrate Judge J. Thomas Ray in Little Rock Courtroom # 1C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:** January 27, 2021

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

By: Tenesha J. Brown, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas