AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 27 2021

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| United States of America | |
| v. | Case No.: 4:20CR00204-01 BSM |
| Reginald Lamont Harris | |
| *Defendant* | |

2020 JUL 10 PM 4:54
Received
U.S. Marshal
Eastern Arkansas

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Reginald Lamont Harris**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows: **Felon in possession of ammunition. 18 USC 922(g), as further explained in the attached documents.**

Date: July 10, 2020

_____
*Issuing officer's signature*

City and state:  Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)* 7/10/2020, and the person was arrested on *(date)* 1/25/2021
at *(city and state)* LR, AR

Date: 1/27/2021

Sherwood Police Department by CMh
*Arresting officer's signature*

Sherwood Police Department by C. Young
*Printed name and title*