IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.  NO. 4:20-CR-204 BSM

REGINALD HARRIS

CLERK'S MINUTES

| | |
|---|---|
| Date: | January 28, 2021 |
| Before: | Hon. J. Thomas Ray |
| Assistant U.S. Attorney | Joan Shipley |
| Defense Attorney | Sonia Fonticiella |
| ECRO/CRD | Tenesha Brown |

Defendant Reginald Harris appeared before Judge J. Thomas Ray for a detention hearing; the parties agreed for the defendant to be released on an OR Bond with electronic monitoring; Defendant's wife Latasha Harris will serve as his third-party custodian.