UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

v.             **CASE NO. 4:20-CR-00204-01 BSM**

**REGINALD LAMONT HARRIS**                           **DEFENDANT**

## ORDER

The trial scheduled for March 1, 2021 is continued to June 7, 2021 at 9:30 a.m. in Courtroom 2D, pursuant to Administrative Order Ten, which suspends all criminal trials scheduled through March 23, 2021, in an effort to control the spread of coronavirus. The delay occasioned by this continuance is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) & (B).

IT IS SO ORDERED this 5th day of February, 2021.

                                                           _/s/ Brian S. Miller_
                                                          UNITED STATES DISTRICT JUDGE