UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**                  **CASE NO. 4:20-CR-00204-01 BSM**

**REGINALD LAMONT HARRIS**                                        **DEFENDANT**

## ORDER

Defendant Reginald Lamont Harris's unopposed motion to continue his June 7, 2021 trial [Doc. No. 22] is granted. Defense counsel states that additional time is needed to thoroughly investigate case, review material, and prepare for trial.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to August 30, 2021, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 26th day of May, 2021.

                                               _____
                                               UNITED STATES DISTRICT JUDGE