UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:20CR00204 BSM |
| | ) | |
| | ) | |
| REGINALD LAMONT HARRIS | ) | DEFENDANT |

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Reginald Harris, by and through his attorney, KenDrell D. Collins, and for this Motion to Continue, states:

1. This case is set for trial on August 30, 2021, at 9:30 a.m.

2. Mr. Harris was indicted on July 9, 2020, and on January 26, 2021 he was arraigned before United States Magistrate Judge J. Thomas Ray.

3. Mr. Harris was released on January 28, 2021, with standard and special conditions. He is restricted to his residence weekdays from 8:00PM to 6:00AM with electronic monitoring via an ankle monitor. He also has a later curfew on Fridays and Saturdays.

4. Mr. Harris has been working consistently since his release. He owns his own law service—Lamont Lawn Care. He provides lawn service every day to local clients, doing approximately six to seven properties a day. He works for Goss Management as maintenance personnel part-time. In that position he provides remake and remodel services (painting, installation, etc). Mr. Harris even does work for additional income with A Plus

1

Roofing as a roofer. He would like to work additional hours and complete certain jobs that start early or end late, but his curfew places restraints on his ability to do so.

5.      In the nearly six months since his release, Mr. Harris has had no new arrests or contact with law enforcement. He has no pending charges in state court. In fact, his state probation was successfully completed March 19, 2019. He does not pose a flight risk or a danger to the community; thus, continued monitoring of his location is not needed.

6.      Mr. Harris requests removal of the ankle monitor. He also asks that his curfew restrictions be loosened as follows: Weekday curfew from 10:00PM to 6:00AM. Weekend curfew from Midnight to 6:00 AM.

7.      Deputy Criminal Chief Chris Givens has indicated there is no objection from the Government to this request.

WHEREFORE, the Defendant, Reginald Lamont Harris, respectfully requests that this Court grant his Motion to Continue and for all other just and appropriate relief.

                                          Respectfully submitted,

                                          LISA G. PETERS
                                          FEDERAL DEFENDER

By:    KenDrell D. Collins
         Bar Number 2019040
         Assistant Federal Defender
         The Victory Building, Suite 490
         1401 West Capitol Avenue
         Little Rock, AR 72201
         (501) 324-6113
         E-mail: KenDrell_Collins@fd.org

For:   Reginald Lamont Harris, Defendant