IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              No. 4:20-CR-00204-01 BSM

REGINALD LAMONT HARRIS                                                                  DEFENDANT

## NOTICE OF REFERRAL

Defendant Reginald Lamont Harris's motion to modify conditions of release [Doc. No. 24.] is hereby referred to United States Magistrate Judge J. Thomas Ray.

IT IS SO ORDERED this 8th day of July, 2021.

                            AT THE DIRECTION OF THE COURT
                            TAMMY H. DOWNS, CLERK


                            By:   Laura Bichlmeier
                                   Courtroom Deputy