**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                               CASE NO. 4:20-CR-204-BSM

REGINALD LAMONT HARRIS                                                                 DEFENDANT

### ORDER

Pending before the Court is Defendant Reginald Lamont Harris's unopposed motion to modify his conditions of pretrial release. *Doc. 24.* He is currently awaiting trial on August 30, 2021, on felon in possession charges.

Harris was placed on conditions of release on January 28, 2021, including location monitoring and a curfew from 8 pm to 6 am on Sunday through Thursday, and midnight to 8 am on Friday and Saturday. He has moved for: (1) removal of location monitoring based on his compliance with all release conditions to date; and (2) a less restrictive curfew so that he can complete certain jobs that start early or end late concerning work in his lawn care business and his part-time labor as an employee in property maintenance and roofing. The United States does not oppose the motion.

For good cause shown, the motion is GRANTED. Location monitoring is removed as a condition of his release. His curfew restriction to his residence is now 10 pm to 6 am on Sunday through Thursday, and midnight to 6 am on Friday and Saturday. All conditions of release previously imposed remain in effect.

IT IS SO ORDERED, this 9TH day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE