UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:20CR00204 BSM |
| | ) | |
| REGINALD LAMONT HARRIS | ) | DEFENDANT |

**<u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE</u>**

Reginald Harris, by and through his attorney, KenDrell D. Collins, and for this Motion to Continue, states:

1. This case is set for trial on January 10, 2022, at 9:30 a.m.

2. Mr. Harris was indicted on July 9, 2020, and on January 26, 2021, he was arraigned before United States Magistrate Judge J. Thomas Ray. This Court issued the order granting counsel's Motion to Substitute on March 17, 2021. (See Doc. 21)

3. Defense counsel has received discovery in this case but will need additional time to completely investigate the case, conclude pretrial negotiations, pursue pretrial matters and make any necessary trial preparations.

4. Under the 18 U.S.C. § 3161(h)(7)(B) factors, the requested continuance serves the ends of justice and outweighs the interest in a speedy trial. The trial date is less than ten (10) days away and failure to grant the continuance would deny Defense Counsel reasonable time for effective preparations. Accordingly, a miscarriage of justice would result in the absence of a continuance.

5. Defense counsel respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose.

6. The additional time occasioned by the Court's granting of this Motion is excludable under the Speedy Trial Act.

7. Deputy Criminal Chief Chris Givens has indicated there is no opposition from the Government to our request that this case be continued.

WHEREFORE, the Defendant, Reginald Lamont Harris, respectfully requests that this Court grant his Motion to Continue and for all other just and appropriate relief.

Respectfully submitted,

LISA G. PETERS
FEDERAL DEFENDER

By: KenDrell D. Collins
Bar Number 2019040
Assistant Federal Defender
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
(501) 324-6113
E-mail: KenDrell_Collins@fd.org

For: Reginald Lamont Harris, Defendant