# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.                          **CASE NO. 4:20-CR-00204-BSM-1**

**REGINALD LAMONT HARRIS**                                                              **DEFENDANT**

## ORDER

Defendant Reginald Lamont Harris's unopposed motion to continue his January 10, 2022 trial [Doc. No. 29] is granted. Defense counsel states that he needs additional time to completely investigate the case, conclude pretrial negotiations, pursue pretrial matters, and make necessary trial preparations.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to May 23, 2022, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 7th day of January, 2022.

UNITED STATES DISTRICT JUDGE