**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

**VS**                                                          Case No.          **4:20CR-00204-BSM**

**REGINALD LAMONT HARRIS**

<u>ENTRY OF APPEARANCE</u>

    Jimmy C. Morris, Jr gives this Court notice that he has been retained for the representation herein and thereby seeks the same to be enrolled as such relieving all other counsel which may have been involved in this matter.

> Jimmy C. Morris, Jr
> Ar Bar No. 2007134
> Attorney for Defendant Reginald Harris
> Morris Law Firm
> 221 W. 2nd Street, Suite 630
> Little Rock, AR 72201
> P | (501) 319-7647
> F | (501) 423-2000
> Email: j.c.morrisatty@gmail.com

<u>CERTIFICATE OF SERVICE</u>

    I, hereby certify that on this 16th day of March 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all counsel of record.

> *Jimmy C. Morris, Jr*
> Jimmy C. Morris, Jr