IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS                          Case No.      4:20CR-00204-BSM

REGINALD LAMONT HARRIS

### MOTION TO SUBSTITUTE AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL

Comes now the Defendant, Reginald Lamont Harris, and for his Motion for Substitution of Counsel states:

1. Defendant's counsel of record presently is KenDrell Collins.

2. Counsel was recently retained by Defendant to represent him in this cause.

3. Present counsel has no objection to the change in counsel.

WHEREFORE, Defendant, Reginald Lamont Harris prays that the Court enter an Order substituting as counsel, Jimmy C. Morris, Jr and relieving Kendrell Collins as counsel of record for the Defendant in this cause.

                                             Jimmy C. Morris, Jr
                                             AR Bar No. 2007134
                                             Attorney for Defendant Reginald Harris
                                             Morris Law Firm
                                             221 W. 2nd Street, Suite 630
                                             Little Rock, AR 72201
                                             P | (501) 319-7647
                                             F | (501) 423-2000
                                             Email: j.c.morrisatty@gmail.com

CERTIFICATE OF SERVICE

    I, hereby certify that on this 16th day of March 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all counsel of record.

*Jimmy C. Morris, Jr*
Jimmy C. Morris, Jr