IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

v.           No. 4:20-CR-00204-BSM-1

**REGINALD LAMONT HARRIS**            **DEFENDANT**

## NOTICE OF REFERRAL

Defendant Reginald Lamont Harris's motion to substitute attorney [Doc. No. 32] is hereby referred to United States Magistrate Judge J. Thomas Ray.

IT IS SO ORDERED this 17th day of March, 2022.

                         AT THE DIRECTION OF THE COURT
                         TAMMY H. DOWNS, CLERK

                         By:   Laura Bichlmeier
                               Courtroom Deputy to
                               U.S. District Judge Brian S. Miller