## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

V.                  CASE NO. 4:20-CR-204-BSM

REGINALD LAMONT HARRIS                         DEFENDANT

### ORDER

Pending before the Court is Defendant Reginald Lamont Harris's Motion for Substitution of Counsel. For good cause shown, the Motion (*Doc. 32*) is GRANTED. Jimmy C. Morris, Jr. is substituted as attorney of record for Defendant Reginald Lamont Harris. The Clerk is directed to update the docket sheet to reflect that Jimmy C. Morris, Jr. is Mr. Harris's sole counsel of record.

SO ORDERED, this 18th of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE