**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA

VS                                    Case No.        4:20-cr-00204-BSM

REGINALD LAMONT HARRIS

### UNOPPOSED MOTION FOR CONTINUANCE

Comes now the Defendant, Reginald Harris, Jr, through his counsel, Jimmy C. Morris, JR and for his Motion for Continuance states as follows:

1. This matter is presently set for trial Monday, the 23rd day of May 2022.

2. Present counsel recently retained in this case but will need additional time to review the evidence with the Defendant, pursue pretrial matters, facilitate plea negotiations and or preparations for trial. We need time to go over the sentencing guidelines as it relates to what will be the benefit of pleading versus going to trial. We are also trying to locate an alibi witness.

3. No prejudice will result from the granting of a continuance, as such time would be excludable under the Speedy Trial.

4. The Assistant United States Attorney Chris Givens has been consulted and he does not have an objection to a continuance of the trial date.

5. This motion is bought in good faith and not for the purpose or delay or for any other improper purpose.

6. We are asking for a one-hundred and twenty-day (120) extension due my extensive case load and trial schedule in State court.

WHEREFORE, Defendant, Reginald Harris prays that his Motion for Continuance is granted and for all other just and proper relief.

                                        Respectfully Submitted,

                                        Jimmy C. Morris, Jr
                                        AR Bar No. 2007134
                                        Attorney for Defendant Reginald Harris
                                        Morris Law Firm
                                        221 W. 2nd Street, Suite 630
                                        Little Rock, AR 72201
                                        P | (501) 319-7647
                                        F |  (501) 423-2000
                                        Email: j.c.morrisatty@gmail.com

### CERTIFICATE OF SERVICE

     I, hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all counsel of record.