UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                    CASE NO. 4:20-CR-00204-BSM-1

REGINALD LAMONT HARRIS                                               DEFENDANT

## ORDER

Defendant Reginald Lamont Harris's unopposed motion to continue his May 23, 2022 trial [Doc. No. 35] is granted. Defense counsel states that he needs additional time to review the evidence with defendant, pursue pretrial matters, and facilitate plea negotiations and make necessary trial preparations.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to September 12, 2022, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 16th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE