IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS                              Case No.      4:20-cr-00204-BSM

REGINALD LAMONT HARRIS

**UNOPPOSED MOTION FOR CONTINUANCE**

Comes now the Defendant, Reginald Harris, Jr, by and through his counsel, Jimmy C. Morris, Jr and for his Motion for Continuance states as follows:

1. This matter is presently set for Jury Trial at 9:30 a.m. on Monday, the 12th day of September 2022.

2. Present counsel will need additional time to review the evidence with the Defendant, review sentencing guidelines, facilitate plea negotiations and or preparations for trial.

3. No prejudice will result from the granting of a continuance, as such time would be excludable under the Speedy Trial.

4. The Assistant United States Attorney Chris Givens has been consulted and he does not have an objection to a continuance of the trial date.

5. This motion is bought in good faith and not for the purpose or delay or for any other improper purpose.

6. We are asking for a one-hundred and twenty-day (120) extension due my extensive case load and trial schedule in State court.

WHEREFORE, Defendant, Reginald Harris prays that his Motion for Continuance is granted and for all other just and proper relief.

Respectfully Submitted,

Jimmy C. Morris, Jr
AR Bar No. 2007134
Attorney for Defendant Reginald Harris
Morris Law Firm
221 W. 2nd Street, Suite 630
Little Rock, AR 72201
P | (501) 319-7647
F |  (501) 423-2000
Email: j.c.morrisatty@gmail.com

CERTIFICATE OF SERVICE

I, hereby certify that on September 2, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all counsel of record.