# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

v.                      **CASE NO. 4:20-CR-00204-BSM-1**

**REGINALD LAMONT HARRIS**                                      **DEFENDANT**

### ORDER

Defendant Reginald Lamont Harris's unopposed motion to continue his September 12, 2022 trial [Doc. No. 37] is granted. Defense counsel states that he needs additional time to review the evidence with defendant, review sentencing guidelines, facilitate plea negotiations, and make necessary trial preparations.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to January 30, 2023, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 6th day of September, 2022.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE