## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                              **Plaintiff**

**v.**                            **Case No.: 4:20−cr−00204−BSM**

**Reginald Lamont Harris**                                                                **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for January 20, 2023, at 11:30 AM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** January 18, 2023                              AT THE DIRECTION OF THE COURT
                                                        TAMMY H. DOWNS, CLERK

                                                        **By:**  Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas