## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

**VS**                                                        Case No.        4:20CR-00204-BSM

**REGINALD LAMONT HARRIS**

### MOTION FOR CONTINUANCE OF JURY TRIAL SCHEDULED JANUARY 30, 2023

Comes now the Defendant, Reginald Harris, through his counsel, and for his Motion for Continuance states as follows:

1. That this matter was set for a plea hearing on Friday, the 20th day of January 2023.

2. That present counsel believed this matter was resolved and a negotiated plea was prepared. Counsel was unaware that Mr. Harris was going to decline the plea. In the abundance of caution, present counsel requests leave from the court to file a suppression motion and will need a suppression hearing prior to trial.

3. Due to the time constraints and my current state trial schedule in the next couple of days, counsel will not have ample time to meet with his client and prepare for a suppression hearing or jury trial.

4. That for the reasons stated above, Defendant would humbly request a continuance of the jury trial, and a hearing on the suppression motion.

5. No prejudice will result from the granting of a continuance, as such time would be excludable under the Speedy Trial.

6.      This motion is bought in good faith and not for the purpose or delay or for any other improper purpose.

WHEREFORE, Defendant, Reginald Harris prays that this Honorable Court continue the jury trial scheduled on January 30, 2023, grant counsel leave from the Court to file a Motion to Suppress and Brief in Support and for all other just and proper relief.

Respectfully Submitted,

Jimmy C. Morris, Jr
AR Bar No. 2007134
Attorney for Defendant D'Angelo Gooden
Morris Law Firm
221 W. 2nd Street, Suite 630
Little Rock, AR 72201
P | (501) 319-7647
F |  (501) 423-2000
Email: j.c.morrisatty@gmail.com

CERTIFICATE OF SERVICE

I, hereby certify that on January 25, 2023 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all counsel of record.