## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                         **Case No.: 4:20−cr−00204−BSM**

**Reginald Lamont Harris**                                                                 **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Pretrial Conference has been set in this case for January 30, 2023, at 09:00 AM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** January 27, 2023                      AT THE DIRECTION OF THE COURT
                                                TAMMY H. DOWNS, CLERK

                                                **By:** Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas