IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| **v.** | ) | No.  4:20-CR-00204 - BSM |
| | ) | |
| REGINALD HARRIS | ) | |

### UNITED STATES' NOTICE OF ENTRY OF APPEARANCE

The undersigned counsel for the United States hereby makes an entry of appearance in the above captioned matter.

        Respectfully submitted,

        JONATHAN D. ROSS
        United States Attorney

        S. Reese Lancaster
        Special Assistant United States Attorney
        Bar Number 2017114
        P.O. Box 1229
        Little Rock, AR 72203
        501-340-2600
        Reese.Lancaster@usdoj.gov