UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR00204-BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| REGINALD LAMONT HARRIS | ) | |

## STIPULATIONS

The Defendant, Reginald Lamont Harris, and the United States stipulate and agree as follows:

1. Prior to August 27, 2019, the defendant had been convicted of a crime punishable by imprisonment for more than one year.

2. Prior to and on August 27, 2019, the defendant knew that he had been convicted of a crime punishable by imprisonment for more than one year and knew he was prohibited from possessing a firearm.

3. Prior to August 27, 2019, the defendant agrees that he had been convicted in Pulaski County Circuit Court in case numbers CR-93-2343 (count 1), CR-93-2343 (count 3), CR-2001-3167, and CR-14-3701, and each of these offenses were committed on occasions different from one another.

JONATHAN D. ROSS
United States Attorney

By _____
CHRIS GIVENS
Assistant U.S. Attorney

_____
REGINALD LAMONT WALKER
Defendant

_____
JIMMY MORRIS
Attorney for Defendant