IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                    No. 4:20-CR-00204 BSM

REGINALD LAMONT HARRIS                                          DEFENDANT

## VERDICT

On the charge of being a felon in possession of ammunition, we the Jury find defendant Reginald Lamont Harris,

__*Guilty*__                                                    _____
GUILTY            or                          NOT GUILTY

(WRITE IN YOUR VERDICT)

Foreperson [redacted]
Date 1-30-2023

-19-

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
JAN 30 2023
TAMMY H. DOWNS
IN OPEN COURT
By: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

vs.                              No. 4:20-CR-00204-BSM

**REGINALD LAMONT HARRIS**                                     **DEFENDANT**

## VERDICT

On the charge of being a felon in possession of a firearm, we the Jury find defendant Reginald Lamont Harris,

__X_____   _(Guilty)_____   _____
GUILTY              or                      NOT GUILTY

(WRITE IN YOUR VERDICT)

Foreperson ████████
Date 1-30-2023

-18-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20-CR-00204-BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| REGINALD LAMONT HARRIS | ) | |

**SPECIAL VERDICT FORM**

If you found the defendant guilty of being a felon in possession of a firearm or ammunition, as set forth in Count 1 of the Indictment, you must determine unanimously whether the following has been proved beyond a reasonable doubt (yes or no):

Were at least three of the following offenses committed on different occasions?

(1) offense committed in Pulaski County Circuit Court case number CR-93-2343 (Count 1);

(2) offense committed in Pulaski County Circuit Court case number CR-93-2343 (Count 3);

(3) offense committed in Pulaski County Circuit Court case number CR-2001-3167;

(4) offense committed in Pulaski County Circuit Court case number CR-14-3701.

✓
Yes

__________

[redacted]

1-30-2023
DATE