IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                      CASE NO. 4:20-CR-00204-BSM

REGINALD LAMONT HARRIS                                               DEFENDANT

### CERTIFICATE OF RECEIPT

The plaintiff's exhibits received into evidence during the jury trial of this matter returned to counsel for plaintiff on this 30th day of January, 2023.

Received by _____

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
JAN 3 0 2023
IN OPEN COURT
TAMMY H. DOWNS
By:_____
DEPUTY CLERK