UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America                                                                                     Plaintiff

v.                                            Case No.: 4:20−cr−00204−BSM

Reginald Lamont Harris                                                                                   Defendant

## NOTICE OF HEARING

PLEASE take notice that a Sentencing has been set in this case for July 5, 2023, at 01:00 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** May 18, 2023                            AT THE DIRECTION OF THE COURT
                                                               TAMMY H. DOWNS, CLERK

                                                               **By:**  Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas