(Post 9/2015)

# United States District Court
*for the Eastern District of Arkansas*

UNITED STATES OF AMERICA                              PLAINTIFF

vs.                Case No. _____

                                                                             DEFENDANT

## NOTICE OF APPEAL

       Notice is hereby given that _____ appeals to the United States Court of Appeals for the Eighth Circuit from the: ☐ Judgment & Commitment ☐ Order _____
                                                                                                                             (Specify)

entered in this action on _____.

_____        _____
Signature of Defendant's Counsel                         Typed Name of Defendant's Counsel

_____        _____
Street Address                       Room Number           Telephone Number

_____        _____
City                  State               Zip            Date

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the following on this _____ day of _____, 20____.

_____
Signature of Defendant's Counsel