IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                          CASE NO. 4:20-CR-00204-BSM

REGINALD LAMONT HARRIS                                           DEFENDANT

## ORDER

Reginald Harris's motion for leave to appeal *in forma pauperis* [Doc. No. 61] is granted. The court reporter is directed to produce the transcript of Harris's sentencing hearing and have it sent to Harris at no charge.

IT IS SO ORDERED this 24th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE